UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Wanda Castillo & Carmelo Almodovar

Case No.: 14-36013/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___August 2, 2016___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:<br>1941 49th Street<br>Pennsauken, NJ<br>FMV - $119,387.00 |
|---|---|

| Liens on property: | Cenlar - $170,344.11 |
|---|---|

| Amount of equity claimed as exempt: | $1,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 14-36013-ABA
Wanda Geovanna Castillo                                             Chapter 7
Carmelo Almodovar
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 3                  Date Rcvd: Jul 01, 2016
                               Form ID: pdf905              Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2016.
db/jdb         Wanda Geovanna Castillo,    Carmelo Almodovar,    1941 49th Street,   Pennsauken, NJ 08110-2959
smg            U.S. Attorney,    970 Broad St.,    Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
lm            +New Jersey Housing and Mortgage Finance Company,    Cenlar FSB,    425 Phillips Boulevard,
                Ewing, NJ 08618-1430
cr            +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Road,
                Winterville, NC 28590-8872
515252397     +Amcol Systems,    111 Lancewood Road,    Columbia, SC 29210-7523
515252399     +American Medical Collection Company,    4 Westchester Plaza,    Elmsford, NY 10523-1612
515252402      Capital One Bank USA NA,    PO Box 71083,    Charlotte, NC 28272-1083
515428672     +Cavalry SPV I, LLC.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd. Ste 200,
                Tucson, AZ 85712-1083
515252403     +Cenlar Loan Servicing,    PO Box 77404,    Ewing, NJ 08628-6404
515252404     +Credit First,    PO Box 81344,    Cleveland, OH 44188-0001
515460044     +Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
515252406     +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
515252407      First Premier Bank,    PO Box 5517,    Sioux Falls, SD 57117-5517
515252409      Home Depot Credit Card Services,    Dept 32-2534437391,    PO Box 9055,
                Des Moines, IA 50368-9055
515252410      Hospital Billing - CHOP,    Lock Box 7802,    PO Box 8500,   Philadelphia, PA 19178-7802
515252414      Jefferson University Hospitals,    PO Box 8500-3100,    Philadelphia, PA 19178-3100
515252415      Kennedy Hospital,    PO Box 48023,    Newark, NJ 07101-4823
515252419      Lourdes Medical Associates,    PO Box 824626,    Philadelphia, PA 19182-4626
515252421      NCO Financial Systems, Inc.,    20 East Clementon Road,    #102 North,   Gibbsboro, NJ 08026
515252422     #Neurology & Neurophysiology Assoc, PC,    1015 Chestnut Street # 810,
                Philadelphia, PA 19107-4308
515252416     +New Jersey Housing & Mortgage Finance,    Agency, as Servicer,    Kivitz McKeever Lee, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
515383284     +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,    425 Phillips Boulevard,
                Ewing, NJ 08618-1430
515252423     +One Main Financial,    PO Box 499,    Hanover, MD 21076-0499
515252424      Our Lady of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
515252427     +PSE&G,   80 Park Plaza,    Newark, NJ 07102-4194
515252425      Peter A. Curreri DO LLC,    124 Lexington Ave,    Merchantville, NJ 08109-2031
515252426      Physician's Billing - PB Chop,    Lock Box 8017,    PO BOX 8500,   Philadelphia, PA 19178-8017
515252428     +Public Power,    1055 Washington Blvd.,    7th Floor,   Stamford, CT 06901-2252
515252429      Sears Credit Cards,    PO Box 6283,    Sioux Falls, SD 57117-6283
515252430     +South Jersey Behavioral Health,    2500 McClellan Ave.,    Merchantville, NJ 08109-0001
515252431     +South Jersey Gastroenterology, PA,    406 Lippincott Drive, Ste E,    Marlton, NJ 08053-4168
515252432     +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
515252433     +State of New Jersey Department of Labor,    Bankruptcy Section,    PO Box 951,
                Trenton, NJ 08625-0951
515252434     +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                Trenton, NJ 08695-0245
515252437      The Children's Hospital of Philadelphia,    PO Box 8500-7802,    Philadelphia, PA 19178-7802
515252438     +The Endo Center at Voorhees,    PO Box 150,    West Berlin, NJ 08091-0150
515252439     +The Heart House,    120 White Horse Pike, Ste 112,    Haddon Heights, NJ 08035-1938
515252440      Thomas Jefferson University Hospital,    PO Box 8500-3100,    Philadelphia, PA 19178-3100
515252442     +Transworld Systems,    Two Huntington Quadrangle,    Suite 3NO2,   Melville, NY 11747-4503
515381758     +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,   MADISON, WI 53708-8973
515252446      US Department of Education,    c/o Great Lakes Educational Loan Service,    PO Box 530229,
                Atlanta, GA 30353-0229
515252444      Union Plus Credit Card,    PO Box 71104,    Charlotte, NC 28272-1104
515252445      University Gastro & Hepat,    132 S. 10th Street,    Philadelphia, PA 19107-5244
515252447     +Virtua Health System,    5 Eves Drive,    Suite 200,   Marlton, NJ 08053-3135
515252448     +Virtua Voorhees,    100 Bowman Drive,    Voorhees, NJ 08043-9612
515319756      Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
515510726     +Wells Fargo Bank, N.A.,,    d/b/a/ Wells Fargo Dealer Services,    1451 Thomas Langston Rd.,
                Winterville, NC 28590-8872
515510727     +Wells Fargo Bank, N.A.,,    d/b/a/ Wells Fargo Dealer Services,    John R. Morton, Jr., Esquire,
                110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124
515252449      Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: pmarraffa@standingtrustee.com Jul 01 2016 22:41:41     Isabel C. Balboa,
                Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,    535 Route 38 - Suite 580,
                Cherry Hill, NJ 08002-2977
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 01 2016 22:42:38     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515252396      E-mail/Text: bkrpt@retrievalmasters.com Jul 01 2016 22:42:36     AMCA,   PO Box 1235,
                Elmsford, NY 10523-0935
```

```
Case 14-36013-ABA    Doc 57    Filed 07/03/16    Entered 07/04/16 00:33:00    Desc Imaged
                               Certificate of Notice    Page 3 of 4
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Jul 01, 2016
                              Form ID: pdf905          Total Noticed: 74
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
515252398      +E-mail/Text: bkrpt@retrievalmasters.com Jul 01 2016 22:42:36
                 American Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
515477622       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 01 2016 22:40:08
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515252401       E-mail/Text: clientrep@capitalcollects.com Jul 01 2016 22:43:58       Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
515350315      +E-mail/Text: bankruptcy@cavps.com Jul 01 2016 22:43:00       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515263563       E-mail/Text: mrdiscen@discover.com Jul 01 2016 22:41:41       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
515252405       E-mail/Text: mrdiscen@discover.com Jul 01 2016 22:41:41       Discover More Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
515252408       E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2016 22:39:48       GECapital Retail Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
515252411       E-mail/Text: bankruptcy@icsystem.com Jul 01 2016 22:43:26       IC System,    444 Highway 96 East,
                 PO Box 64378,    Saint Paul, MN 55164-0378
515252412      +E-mail/Text: clientservices@incharge.org Jul 01 2016 22:43:55       InCharge Debt Solutions,
                 5750 Major Blvd, Suite 300,    Orlando, FL 32819-7971
515252413      +E-mail/Text: cio.bncmail@irs.gov Jul 01 2016 22:42:05       Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
515252420      +E-mail/Text: bankruptcydepartment@tsico.com Jul 01 2016 22:43:39       NCO Financial,
                 PO Box 15636,    Wilmington, DE 19850-5636
515477402       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2016 22:40:08
                 Portfolio Recovery Associates, LLC,    c/o One Main Financial Holdings, Inc.,    POB 12914,
                 Norfolk VA 23541
515372852       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2016 22:40:40
                 Portfolio Recovery Associates, LLC,    c/o PC Richard,    POB 41067,    Norfolk VA 23541
515476418       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2016 22:40:09
                 Portfolio Recovery Associates, LLC,    c/o Sears Charge Plus,    POB 41067,    Norfolk VA 23541
515476421       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2016 22:40:09
                 Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,    POB 41067,
                 Norfolk VA 23541
515477234       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2016 22:47:14
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
515476517       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2016 22:47:09
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
515260523      +E-mail/Text: marlene.perfeito@pseg.com Jul 01 2016 22:41:39       PSE&G,    PO Box 490,
                 Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
515252435       E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2016 22:39:12       Synchrony Bank /PC Richard & Sons,
                 PO Box 960061,    Orlando, FL 32896-0061
515252436      +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2016 22:39:12       Synchrony Bank/ Walmart,
                 PO Box 965024,    Orlando, FL 32896-5024
515252443      +E-mail/Text: bankruptcydepartment@tsico.com Jul 01 2016 22:43:39       Transworld Systems,
                 PO Box 15618,    Dept 51,    Wilmington, DE 19850-5618
515252441      +E-mail/Text: bankruptcydepartment@tsico.com Jul 01 2016 22:43:39       Transworld Systems,
                 507 Prudential Road,    Horsham, PA 19044-2308
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515252400     ##+Apex Asset Management,    1891 Santa Barbara Drive,    Lancaster, PA 17601-4106
515252417      ##Lourdes Cardiology Services PC,    63 Kresson Road,    Suite 101,    Cherry Hill, NJ 08034-3200
515252418     ##+Lourdes Caridology,    63. Kresson Road, Suite 101,    Cherry Hill, NJ 08034-3200
                                                                                              TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin                    Page 3 of 3                  Date Rcvd: Jul 01, 2016
                              Form ID: pdf905                Total Noticed: 74
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2016 at the address(es) listed below:
              Carrie J. Boyle    on behalf of Debtor Wanda Geovanna Castillo cboyle@mpadlaw.com,
               cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com;
               kshaffer@marcuslaw.net
              Carrie J. Boyle    on behalf of Joint Debtor Carmelo  Almodovar cboyle@mpadlaw.com,
               cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com;
               kshaffer@marcuslaw.net
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joshua I. Goldman    on behalf of Loss Mitigation    New Jersey Housing and Mortgage Finance
               Company jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Thomas G. Egner    on behalf of Debtor Wanda Geovanna Castillo tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
              Thomas G. Egner    on behalf of Trustee Isabel C. Balboa tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
              Thomas G. Egner    on behalf of Joint Debtor Carmelo  Almodovar tegner@mpadlaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
                                                                                             TOTAL: 11
```