Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  14−36013−ABA
        Chapter:  7
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda Geovanna Castillo                        Carmelo Almodovar
   aka Carmelo Rivera                            1941 49th Street
   1941 49th Street                               Pennsauken, NJ 08110−2959
   Pennsauken, NJ 08110−2959

Social Security No.:
   xxx−xx−6832                                    xxx−xx−2268

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 26, 2016</u>                <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court